**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-50981
Summary Calender

DEBORAH KASTRIN, WILLIAM J. KASTRIN, SCORRO KASTRIN, WILLIAM FRED KASTRIN, VERONICA KASTRIN CALLAGHAN, & KASCO VENTURES, INC.,

Plaintiffs-Appellants,

VERSUS

CBS INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas
(EP-96-CV-433-DB)

July 17, 1998

Before KING, DUHE', and DeMOSS, Circuit Judges:

PER CURIAM:[*]

Following a jury verdict in favor of the defendant-appellee, the district court entered a final judgment dismissing the plaintiffs-appellants' case. The plaintiffs do not appeal from this judgment. Upon entry of final judgment, the district court

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

also ordered, pursuant to Fed. R. Civ. P. 54(d), that costs would be taxed against the plaintiffs and in favor of the defendant as the prevailing party.  Subsequently, a Bill of Costs was filed by the defendant and, in turn, objected to by the plaintiffs.  The district court rejected the plaintiffs' objections and approved the Bill of Cost as filed.  It is from this determination that the plaintiffs appeal.

In taxing costs pursuant to Fed. R. Civ. P. 54(d) the district court is accorded great latitude and its determination may be reversed only upon a showing of abuse of discretion.  *Breeland v. Hide-A-Way Lake, Inc.,* 585 F.2d 716, 722 (5th Cir. 1978); *see* 10 Charles A. Wright, et al., FEDERAL PRACTICE AND PROCEDURE 3d §2668, at 227-30 (1998).  After a review of the record on appeal, the briefs and the law, we find that the district court did not abuse its discretion.

AFFIRMED